IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., | No. C 05-02103 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' STIPULATION TO CONTINUE DEADLINES** |
| SOLID SILICON TECHNOLOGY, LLC, | |
| Defendant. | |

The Court **GRANTS** the parties' request to extend the deadline for initial disclosures to **AUGUST 25, 2005**, and defendant's time to respond to the complaint to **AUGUST 22, 2005**. The case management conference **REMAINS** set for **AUGUST 25, 2005, AT 11:00 A.M.** Please file your joint case management conference statement at least **SEVEN DAYS PRIOR**.

**IT IS SO ORDERED.**

Dated: August 10, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE