1   RONALD L. YIN (Bar No. 63266)
    ronald.yin@dlapiper.com
2   MICHAEL G. SCHWARTZ (Bar No. 197010)
    michael.schwartz@dlapiper.com
3   **DLA PIPER RUDNICK GRAY CARY US LLP**
    2000 University Avenue
4   East Palo Alto, CA 94303-2248
    Tel:  650-833-2000
5   Fax:  650-833-2001

6   Attorneys for Plaintiff
    SILICON STORAGE TECHNOLOGY, INC.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  SILICON STORAGE TECHNOLOGY,          Case No. C05-02103 WHA
    INC., a California corporation,
12
              Plaintiff,                 **STIPULATED REQUEST FOR DISMISSAL
13                                        WITH PREJUDICE AND [PROPOSED]
         v.                               ORDER**
14
    SOLID SILICON TECHNOLOGY, LLC,
15  a Texas limited liability company,   Judge:  William H. Alsup
                                          Complaint Filed:  May 23, 2005
16            Defendant.

17

18        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY

19  STIPULATED by and between Plaintiff Silicon Storage Technology, Inc. ("SST") and Defendant

20  Solid Silicon Technology, LLC ("Solid Silicon") that this action, Civil Action No. C05-02103

21  WHA, including all claims, be and hereby is DISMISSED IN ITS ENTIRETY WITH

22  PREJUDICE, with each side to bear its own costs of suit and attorneys' fees.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

DLA PIPER RUDNICK
GRAY CARY US LLP
EM\7191933.1
351913-920109

-1-
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED]
ORDER -- CASE NO. C05-02103 WHA

1   Dated:  August 18, 2005

2                                                      DLA PIPER RUDNICK GRAY CARY US LLP

3

4                                                      By ___/s/ Michael G. Schwartz_____
                                                       RONALD L. YIN
5                                                      MICHAEL G. SCHWARTZ
                                                       Attorneys for Plaintiff
6                                                      SILICON STORAGE TECHNOLOGY, INC.

7

8                                                      WINSTON & STRAWN LLP

9

10                                                     By____/s/ Andrew P. Bridges (with permission)____
                                                       ANDREW P. BRIDGES
11                                                     JENNIFER A. GOLINVEAUX
                                                       Attorneys for Defendant
12                                                     SOLID SILICON TECHNOLOGY, LLC

13

14

15   IT IS SO ORDERED.  The Clerk shall close the file.

16   DATED: __August 18___, 2005

17                                                     _____
                                                       THE HONORABLE WILLIAM H. ALSUP
                                                       UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

EM\7191933.1
351913-920109

-2-
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED]
ORDER -- CASE NO. C05-02103 WHA